IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTIN L. HOCKENBERRY, ET AL. : | |
| : | |
| v. : | CIVIL ACTION NO. 20-524 |
| : | |
| PERFORMANT RECOVERY INC. : | |

**O R D E R**

This  29th  day of  June , 2022, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

GEORGE WYLESOL, Clerk of Court

BY:      /s/ Patricia Clark
Patricia Clark
Civil Deputy to Judge McHugh


Copies EMAILED on  6/29/22   to:

cc:

All counsel of record